UNITED STATES DISTRICT COURT

SDNY

2023 SEP 14  PM 4:27

LARRY CHAN
4266 Saull Street
Flushing NY 11355

**23-CV-8428**

-against-

Backstage.com
Employee Fabio (last name unknown)
Employee Nicole (last name unknown)
Elijah Cornell
Joshua Ellstein
770 Broadway Fl 7
New York, NY 10003-9557

I am filing this lawsuit invoking the law 15 U.S. Code § 1644 (a).

Backstage.com recently charged my credit card the fee of $34.95, on August 10, 2023. I paid the fee in order to post a casting call for my new film, Echo Monster: Uranuset.

However, one of their employees named Fabio stated that he was rejecting my casting call. He stated he would issue a refund immediately (Exhibit A). This is what Fabio emailed:

"Thank you for thinking of Backstage for your casting needs. I checked the links you provided and unfortunately, this type of content is not a good fit for our site and so we will be unable to run it. We wish you luck with your project, but ask that you utilize other methods to find talent and not attempt to access our casting platform. I've gone ahead and issued you a refund which should be visible in 5-7 days."

I found out yesterday after reviewing my records that NO REFUND WAS ISSUED. I was shocked and very angry. Fabio identified himself as a Verification Specialist, Casting + Job Listings. I demand that Fabio be terminated from employment.

Fabio did not identify his last name. I searched on Google and found a Fabio Periera, who seems to be a Backstage.com employee. Since Fabio is an uncommon name, I suspect it's the same person.

This is not the first time I've had problems with Backstage.com. Two years ago, an employee Eli Cornell insulted me on the casting platform and then banned my account for no legal reason. This is an email Eli sent (Exhibit B):

"Larry,

You wrote to us to file a complaint against an actress who submitted to a role who matched every breakdown requirement you wrote. She fit the age, ethnicity, and size requirements. If she wasn't exactly what you were looking for, that's fine, no need to contact her, but you then sent her an insulting message calling her "heavyset," and, leaving out that this in itself shouldn't matter in the least, you actually have nothing to go off of with that idea. After all of this, you write to us to complain about the actress for being honest and up front with you. You say that she was wasting your time, but you're wasting your own time writing people you don't see as a fit for a role, and doing it in a demeaning way.

You ask what Backstage intends to do -- what I intend to do is applaud this actress for having the courage and tenacity to reach out to you in a polite and professional manner and help give you just a sliver of an idea on how to go about treating people a little better.

As you are an actor/subscriber and have also used Backstage to cast a few projects in the past, we will leave your notice up and running, but please note that this kind of language and communication, and the kind of remarks you wrote towards Ms. Levy will not be tolerated going forward.

Please keep things professional and courteous. Projects are always going to have actor submissions that aren't the best fit, and the Backstage platform is setup so you can just mark them as a "no" and move along, simple and streamlined.

Thank you for your cooperation and understanding.

Regards,


Eli Cornell
Casting Account Manager"

Eli Cornell had no right to tell me how I should cast movies. Furthermore, the actress Skye Levy, sent a very insulting email to me (Exhibit C). She was rude condescending, and overweight.

I reported Eli Cornell's behavior. To my anger, they terminated my account instead of terminating Eli Cornell.

Melinda Loewenstein, another employee at Backstage, terminated my account. She did not offer an explanation. I was very angry about this, but back then, the cost of hiring an attorney would have been too high.

They've angered me enough that I'm taking legal action. I am suing Backstage.com for $20,000,000. I am also demanding that Melinda Loewenstein, Eli Cornell and Fabio be terminated from duty.

For the record, I am a filmmaker who does not cast ugly women. I am not politically correct.

Larry Chan

 Gmail

## Re: Backstage Messages

1 message

**Backstage** <casting@backstage.com>                                    Wed, Sep 29, 2021 at 3:49 PM
Reply-To: Backstage <casting@backstage.com>
To: Larry Chan <larrychan111@gmail.com>

Larry,

You wrote to us to file a complaint against an actress who submitted to a role who matched every breakdown requirement you wrote. She fit the age, ethnicity, and size requirements. If she wasn't exactly what you were looking for, that's fine, no need to contact her, but you then sent her an insulting message calling her "heavyset," and, leaving out that this in itself shouldn't matter in the least, you actually have nothing to go off of with that idea. After all of this, you write to us to complain about the actress for being honest and up front with you. You say that she was wasting your time, but you're wasting your own time writing people you don't see as a fit for a role, and doing it in a demeaning way.

You ask what Backstage intends to do -- what I intend to do is applaud this actress for having the courage and tenacity to reach out to you in a polite and professional manner and help give you just a sliver of an idea on how to go about treating people a little better.

As you are an actor/subscriber and have also used Backstage to cast a few projects in the past, we will leave your notice up and running, but please note that this kind of language and communication, and the kind of remarks you wrote towards Ms. Levy will not be tolerated going forward.

Please keep things professional and courteous. Projects are always going to have actor submissions that aren't the best fit, and the Backstage platform is setup so you can just mark them as a "no" and move along, simple and streamlined.

Thank you for your cooperation and understanding.

Regards,


**Eli Cornell**
**Casting Account Manager**

# BACKSTAGE

 Gmail

# Complaint against a Backstage Manager Eli Cornell

1 message

**Larry Chan** <larrychan111@gmail.com>                                    Wed, Sep 29, 2021 at 7:32 PM
To: Backstage <customers@backstage.com>

Ben I just received a threatening message from one of your managers Eli Cornell. Would I be able to forward this to you? This was in regards to a complaint I filed yesterday. Eli responded with insults and threats to me. I want that employee terminated.

On Wed, Aug 19, 2020, 4:03 PM Ben W. (Backstage) <customers@backstage.com> wrote:

> **Ben W.** (Backstage Help Center)
> Aug 19, 2020, 4:03 PM EDT
>
> Hi Larry,
>
> Thanks for reaching out to us. I've asked our casting department to look into this project. As soon as I learn more I will update you with what I've learned.
>
> Best,
>
> Ben
>
> Still have further questions? Visit our Help Center for useful information on how to get the most out of Backstage.
>
> ##- Please type your reply above this line -##
> [09DVZE-Z8RV]aher

 Gmail

## RE: Complaint against rude Casting Account Manager Eli Cornell

2 messages

**Backstage Casting** <casting@backstage.com>                           Thu, Sep 30, 2021 at 2:23 PM
To: Larry Chan <larrychan111@gmail.com>

Hi Larry,

We're sorry that you had a bad experience with Backstage. Unfortunately, as Eli pointed out, we require that both casting directors and actors communicate professionally. We will no longer be able to run your casting notices or allow access to our messaging system. We've refunded your account.

Per our Terms of Service, which you agreed to upon creating an account, " *Backstage... reserves the right to edit, update, or reject any listing (or close any account) at its own discretion at any time.*" For all Terms of Service, please see  https://www.backstage.com/terms-of-service/ and  https://www.backstage.com/deadlines-disclaimers/.

Thank you for your understanding and cooperation,
Melinda
Managing Casting Editor

# BACKSTAGE

www.Backstage.com/FindTalent

**Larry Chan** <larrychan111@gmail.com>                                 Thu, Sep 30, 2021 at 3:02 PM
To: Backstage Casting <casting@backstage.com>

Melinda,

Your behavior is unacceptable, as is your employee Eli Cornell. I want Eli terminated from Backstage or I will take legal action. I want to speak with someone at Backstage who is your supervisor and we will see what he has to say about your behavior.
[Quoted text hidden]

 Gmail

# Additional Info Required Re: New Casting Call, Untitled Science Fiction Short Film from Larry Chan

**Casting + Job Listings** <casting@backstage.com>                Wed, Aug 9, 2023 at 2:43 PM
To: Larry Chan <larrychan987@gmail.com>

Hi Larry,

Thank you for thinking of Backstage for your casting needs. I checked the links you provided and unfortunately, this type of content is not a good fit for our site and so we will be unable to run it. We wish you luck with your project, but ask that you utilize other methods to find talent and not attempt to access our casting platform. I've gone ahead and issued you a refund which should be visible in 5-7 days.

Per our Terms of Service, which you agreed to upon creating an account, " *Backstage... reserves the right to edit, update, or reject any listing (or close any account) at its own discretion at any time."* For all Terms of Service, please see https://www.backstage.com/terms-of-service/ and https://www.backstage.com/deadlines-disclaimers/.

Thank you for your understanding and cooperation,
Fabio
**Verification Specialist, Casting + Job Listings**

# BACKSTAGE | ⊛ mandy | star

*Backstage, Mandy, and StarNow help connect creative projects with the best talent across the world.*

[Quoted text hidden]



**Message with Skye Levy**

Paramormal Sci-Fi Short Film

### Role

**Larry Chan** to Skye Levy · 7:18 PM 5/26/2021

Ms. Levy,

The role description clearly states that I "am not accepting heavyset actresses". Furthermore, if you actually read the description, it is specifically for Latino/Hispanic or white actresses.

It is troubling to receive so many applications from people who were obviously just going down the list and clicking on every role that came up. I am not telling you this to help you. I am telling you because it is a waste of the casting director's time when actors do not follow instructions.

**Skye Levy** to Larry Chan · 7:35 PM 5/26/2021

Mr. Chan,

If you were to actually look at my profile rather than just click through every applicant, you would see that I am not "heavyset." - I wear a size 4. However, if you think that is considered "heavyset," then you clearly have bigger problems than your inattention to detail. In addition, I am white.

While I fit both of your requirements, I am withdrawing my application due to your lack of judgement. I too am not telling you this to help you, but am telling you because it is a waste of good talent to work with disrespectful casting director's.

**View application**  **Pay Skye Levy**

REPLY ∨

Case 1:23-cv-08428-LTS    Document 1    Filed 09/14/23    Page 8 of 9

Larry Chen
426 6 Sandl St
Flushing NY 11355

USM P3
SDNY

US District Court
Pro se Intake Unit
500 Pearl Street
NY NY 10007

MID-ISLAND NY
11 SEP 2023  21

FOREVER / USA

FOREVER / USA

FOREVER / USA

10007-131608